RICHARD ZIEMAN (CSB 230832)
254 MILLER AVE., SUITE A
MILL VALLEY, CA 94942-1739
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
Email: Zieman@ssalawca.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRA A. MARTINELLI<br>　　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br><br>Commissioner of Social Security<br><br>　　　　Defendant | Case No.: CV-06-05845 CW<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO SUBMIT MOTION FOR SUMMARY JUDGMENT OR REMAND. |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 60 days in which to file Plaintiff's Motion for Summary Judgment.  Plaintiff's motion was due on January 25, 2007, pursuant to Civil L.R. 16-1(e).  Plaintiff's Motion is now due on March 25, 2007.

//
//
//
//
//
//

This is Plaintiff's first request.

```
1
2   DATED:   1/18/07                    Richard Zieman /s/
3                                       RICHARD ZIEMAN
                                        Attorney for Plaintiff
4
5
6
7   DATED:   1/18/07                    Kristina Shute /s/
8
9                                       KRISTINA SHUTE,
10                                      Specialist Assistant U.S. Attorney
11
12
13
14  PURSUANT TO STIPULATION, IT IS SO ORDERED:
15
16
             1/23/07                         /s/  CLAUDIA WILKEN
17  DATED:                               _____
18                                       CLAUDIA WILKIN
19                                       United States District Judge
```

P's Stip/Order of ext to respond to D's SJM, CO2-1865 MJJ Page 2