SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
ARMAND ROTH, SBN CA 214624
Special Assistant United States Attorney
California Bar Number 214624
333 Market Street, Ste 1500
San Francisco, CA 94105
415-977-8924
Fax: 415-744-0134
Email: Armand.Roth@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRA A. MARTINELLI,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL ASTRUE[1],<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 06-cv-05845-CW<br><br>STIPULATION FOR EXTENSION AND<br>[PROPOSED] ORDER |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Defendant have an extension of 30 days in which to prepare and file her cross-motion for summary judgment. Defendant's response was due on April 27, 2007, pursuant to Civil L.R.16-5. Defendant's response is now due on May 29, 2007.

This is Defendant's first request.

//

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1
2  Dated: __April 25, 2007_    By:    /s/ Richard Paul Zieman
                                       *(As authorized via telephone on April 25, 2007*)
3                                      Richard Paul Zieman
                                       Attorney for Plaintiff
4
5                                      KEVIN V. RYAN
                                       United States Attorney
6
7  Dated: __April 25, 2007_    By:    /s/ Armand Roth
                                       ARMAND ROTH
8                                      Special Assistant United States Attorney
9
10 PURSUANT TO STIPULATION, IT IS SO ORDERED:
11
12 Dated:  4/30/07
13                                      _____
                                        CLAUDIA WILKEN
14                                      United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

```
SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
ARMAND ROTH, SBN CA 214624
Special Assistant United States Attorney
California Bar Number 214624
333 Market Street, Ste 1500
San Francisco, CA 94105
415-977-8924
Fax: 415-744-0134
Email: Armand.Roth@ssa.gov
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRA A. MARTINELLI,<br><br>        Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | CIVIL NO.  06-cv-05845-CW<br><br>DECLARATION OF<br>IN  SUPPORT  OF  DEFENDANT'S  REQUEST<br>FOR EXTENSION OF TIME |

I, Armand Roth, declare and state as follows:

1.    I am an assistant regional counsel in the Social Security Administration Office of the Regional Chief Counsel, Region IX.

2.    I am assigned to the above-captioned case.

3.    This case was recently reassigned to me.  Given my workload, including a number of district court briefs and two Ninth Circuit Court of Appeals briefs which are currently due in April and May 2007, I am respectfully requesting an extension for additional time of thirty days in which to prepare the Commissioner's cross-motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed in San Francisco, California on April 25, 2007

                                      /s/
                              Armand Roth
                              Assistant Regional Counsel

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28